IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JAMES MILLER, | ) | |
|     Plaintiff, | ) ) ) | Civ. No. 05-331-CO |
| v. | ) ) | |
| JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security, | ) ) ) ) | **ORDER** |
|     Defendant. | ) ) | |

**PANNER, District Judge:**

Magistrate Judge John P. Cooney filed Findings and Recommendation on August 15, 2006. The matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Cooney.

1 - ORDER

## CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#27) is adopted. Plaintiff's application for attorney's fees (#22) is granted.

IT IS SO ORDERED.

DATED this __11__ day of September, 2006.

_____
OWEN M. PANNER
U.S. DISTRICT COURT JUDGE

2 - ORDER