IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES MILLER, | Civil No. 05-331-CO |
| Plaintiff, | |
| vs. | PROPOSED ORDER FOR EAJA FEES |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $280.00 will awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 for having to litigate his entitlement to EAJA fees.  No costs or expenses will be awarded.

DATED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Franco L. Becia
_____
FRANCO L. BECIA
Special Assistant United States Attorney
(206) 615-2114
of Attorneys for Defendant